**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JUL 06 2018**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:18-mj-3136-DGW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Title 18, United States Code, |
| | ) | Sections 875(d), 2252A(a)(2)(A) and 2253 |
| JOSHUA P. BRECKEL, | ) | |
| | ) | **FILED UNDER SEAL** |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, Tyrone Forte, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### RECEIPT OF CHILD PORNOGRAPHY

On or about March 10, 2017, in St. Clair County, Illinois, which is within the Southern District of Illinois,

**JOSHUA P. BRECKEL,**

defendant herein, did knowingly receive visual depictions containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including but not limited to the following: image file "40171837-d625-429f-b6d2-c75a2382bba7_embedded_1.jpg", which depicts a prepubescent female approximately 2 or 3 years old sucking the penis of an adult male, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 2

## INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT

On or about April 9, 2018, in St. Clair County, IL, which is within the Southern District of Illinois,

### JOSHUA P. BRECKEL,

defendant herein, knowingly transmitted in interstate and foreign commerce a communication over the internet, from the State of Illinois to the State of New Jersey, with the intent to extort from C.S., a minor, nude photos and videos containing a threat to injure the reputation of C.S., by publishing nude images of C.S. and sending nude images to her friends and family if C.S. did not provide him self-produced nude videos and photos by a certain date and time; all in violation of Title 18, United States Code, Section 875(d).

### (Forfeiture Allegation)

Upon conviction for the offense charged in Count 1, defendant **JOSHUA BRECKEL** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material that contained any images of child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following:

1. Black Alienware laptop computer having serial number 8Z16P72 and manufacturer number A505-S6005;

2. Black WD external hard drive having serial number WX81D1734386; and

3. Silver IPhone 7 having a phone number of 618-960-7572.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

## AFFIDAVIT

1. Affiant is a Special Agent of the Federal Bureau of Investigation assigned to the FBI's Springfield Division, Fairview Heights Resident Agency, in Fairview Heights, Illinois. Affiant has been so assigned for approximately 26 years. During the last 14 years Affiant has primarily investigated matters involving Violent Crimes Against Children, to include the sexual exploitation of children, particularly regarding the production, possession, receipt and distribution of images of child pornography involving the internet. Affiant has worked on or assisted in over 300 cases involving child pornography trading, distribution, and manufacturing.

2. On May 14, 2018, Mascoutah Illinois Police Department Detective Sergeant Jared Lambert was contacted by Middlesex New Jersey detectives about a child pornography investigation involving a suspect in Mascoutah. NJ detectives informed Det. Lambert that on April 9, 2018, C.S., a 15 year old girl living in New Jersey had an online fundraiser for her school robotics club on the public Gofundme site. An unknown subject later identified as JOSHUA BRECKEL contacted C.S. and offered her $2500 for her robotics fundraiser in exchange for nude photos. Breckel sent C.S. a photo of his bank account showing $40,000. After several hours of online communications, C.S. sent BRECKEL a topless photo via the Snapchat app. Per Breckel's instructions, C.S. included her face in the photo and she was holding up 3 fingers. After Breckel received the first photo, he pressured C.S. to send him more nude photos and videos and offered more money, especially if she got her friends involved. When C.S.

3

refused, Breckel threatened to publicly share the nude image online with C.S.'s friends and Facebook friends.

3. New Jersey state grand jury subpoena returns from Whisper and Snapchat provided identical IP addresses for the suspect accounts as well as an Illinois cell phone number. A subpoena to the Internet provider provided a Mascoutah address and account name of Victoria Breckel, mother of Joshua Breckel. A subpoena to Sprint produced the identical address and account name.

4. Det. Lambert made contact with Breckel at his mother's residence on 5/21/18. Breckel agreed to come to the police station to make a statement. After being Mirandized, Breckel gave a video-recorded statement. Breckel admitted to making contact with C.S. utilizing his accounts on both Whisper and Snapchat. Breckel confirmed that he told C.S. he would donate to her fundraiser if she sent him nude photographs. Breckel further confirmed that C.S. sent him one nude photo via Snapchat. Breckel confessed to sending the image back to C.S. and threatening to publicly share the image if C.S. did not send him more nude images and videos. Breckel stated that he believed C.S. to be 14 years old and knew that the image he possessed was considered to be child pornography.

5. Breckel informed Det. Lambert that there were additional images of child pornography on his cell phone. Breckel stated that he would obtain the images by asking girls that he met online to take nude photographs and send them to him via Snapchat. Breckel gave Det. Lambert written consent to search his cell phone and provided the phone's passcode. Det. Lambert observed over 4,200 images in Breckle's cell phone, with the majority being nude images of females. Det. Lambert pulled up several images that appeared to be child pornography and asked Breckel about the specific images. Some of the images depicted minor females

inserting foreign objects into their vaginas or digitally penetrating themselves. Breckel confirmed that many of the images were of females he had met online and requested photos from. One image in particular was of a prepubescent female who appeared to be 9-10 years of age. There were also screenshots of Snapchat communications between Breckel and unidentified users which detailed extortion attempts on the part of Breckel.

6. Breckel admitted to downloading some images from his phone to his laptop computer and agreed to turn that computer over to police and provided written consent to search it. Breckel was transported to his residence to obtain the laptop computer as well as an external hard drive. A quick search of Breckel's computer revealed multiple images of child pornography. There were approximately 20 folders that contained images of child pornography and that were labeled with female names, and/or dates, and/or usernames.

7. Forensic work on the various devices continues. As it appears now, Breckel was involved in a Kik messaging app chat room with other individuals in which child pornography was being traded.

**FURTHER AFFIANT SAYETH NAUGHT.**

TYRONE FORTE
Special Agent
Federal Bureau of Investigation

State of Illinois      )
                       ) SS.
County of St. Clair    )

Sworn to before me, and subscribed in my presence on the ___6th___ day of ___July___, 2018, at East St. Louis, Illinois.

DONALD G. WILKERSON
United States Magistrate Judge

DONALD S. BOYCE
United States Attorney

CHRISTOPHER R. HOELL
Assistant United States Attorney