**FILED**

**JUL 1 8 2018**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 18-30124-NJR |
| ) | |
| vs. ) | Title 18, U.S.C. Sections 875(d), |
| ) | 2252A(a)(2)(A) and 2253 |
| JOSHUA P. BRECKEL, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### RECEIPT OF CHILD PORNOGRAPHY

On or about March 10, 2017, in St. Clair County, IL, within the Southern District of Illinois, and elsewhere,

**JOSHUA P. BRECKEL**,

defendant herein, did knowingly receive visual depictions containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including but not limited to the following: image file "40171837-d625-429f-b6d2-c75a2382bba7_embedded_1.jpg", which depicts a prepubescent female approximately 2 or 3 years old sucking the penis of an adult male, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 2

### INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT

On or about April 9, 2018, in St. Clair County, IL, which is within the Southern District of Illinois,

### JOSHUA P. BRECKEL,

defendant herein, knowingly transmitted in interstate and foreign commerce a communication over the internet, from the State of Illinois to the State of New Jersey, with the intent to extort from C.S., a minor, nude photos and videos containing a threat to injure the reputation of C.S., by publishing nude images of C.S. and sending nude images to her friends and family if C.S. did not provide him self-produced nude videos and photos by a certain date and time; all in violation of Title 18, United States Code, Section 875(d).

### (Forfeiture Allegation)

Upon conviction for the offense charged in Count 1, defendant **JOSHUA P. BRECKEL** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material that contained any images of child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following:

1. Black Alienware laptop computer having serial number 8Z16P72 and manufacturer number A505-S6005;

2

2. Black WD external hard drive having serial number WX81D1734386; and

3. Silver IPhone 7 having a phone number of 618-960-7572.

A[REDACTED]

FOREPERSON

/s/ Christopher R. Hoell
CHRISTOPHER R. HOELL
Assistant United States Attorney

By: [signature] for
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention

3