# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>Joshua P. Breckel<br>*Defendant(s)* | Case Number: 18-30124-NJR |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joshua P. Breckel ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1-18:2252A(a)(2)(A)- Receipt of Child Pornography
Count 2- 18:875(d)-Interstate Communication With Intent To Extort

Date:   July 19, 2018

By: Tamra Baugh - Deputy Clerk
*Issuing officer's signature*

City and state:   E. St. Louis, IL

Justine Flanagan-Acting Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: 7/19/18

Returned unexecuted, already arrested on this charge
W. Winston

*Arresting officer's signature*

*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)