IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 3:18-cr-30124-SMY |
| | ) |
| JOSHUA BRECKEL, | ) |
|     Defendant. | ) |

**MOTION TO CONTINUE**

      COMES NOW, Joshua Breckel, by and through his attorney, The Law Office of Jessica Koester, LLC and moves this Court for an order continuing this cause. In support of this motion, Defendant states as follows:

1. This matter is set for initial pre-trial on September 20, 2018.

2. Discovery is still ongoing in this matter and the government indicates more information is forthcoming.

3. Additional time is needed to adequately prepare a defense in this matter.

4. Assistant United States Attorney, Christopher Hoell, has been consulted on this matter and advised that the Government has no objection.

WHEREFORE, it is respectfully requested that this case be continued for 120 days.

                                                /s/ Jessica J. Koester
                                                Jessica J. Koester #6277806
                                                THE LAW OFFICE OF JESSICA KOESTER, LLC
                                                100 North Main St., 2nd Floor, Suite 1
                                                Edwardsville, IL 62025
                                                Phone (618) 692-4900
                                                Fax (618) 307-5870
                                                Jessica@koester-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 3:18-cr-30124-SMY |
| | ) |
| JOSHUA BRECKEL, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on 09/10/2018, I electronically filed a Motion to Continue with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Hoell
christopher.hoell@usdoj.gov

And I hereby certify that on 09/10/2018, I mailed by United States Postal Service, the document to the following non-registered participants:

NONE.

/s/ Jessica J. Koester