IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-CR-30124-SMY |
| ) | |
| JOSHUA P. BRECKEL, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO CONTINUE CHANGE OF PLEA HEARING DATE**

The United States of America through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Christopher R. Hoell, Assistant United States Attorney, and the Defendant through counsel, Jessica Koester, state as follows:

1. Trial in the instant matter is currently set for April 8, 2019.

2. Since the last court setting in March, it has been recently confirmed by all parties including the Defendant that a plea agreement containing a joint recommendation will be filed in this case.

3. The parties are mindful of the number of continuances that the Court has previously granted. This case is unique in both the number of victims spread across the United States, the difficulties in obtaining search warrant and §2703(d) order compliance from a number of social media platforms, and the amount and density of discovery documents.

4. Both parties agree that the ends of justice would be best served by a brief continuance from the March 26, 2019 change of plea date and April 8, 2019 trial date and setting

to ensure that both parties agree on the wording of the plea agreement and the lengthy stipulation and to ensure that the change of plea hearing goes smoothly.

5. The parties would request a cancellation of the March 26, 2019 hearing date and April 8, 2019 trial date and ask that the matter be reset for a change of plea hearing on either April 9 or 11, 2019. Counsel for the United States notes that he is at out-of-town training from April 2-5, 2019 or else the parties would have asked for a shorter continuance date.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/Christopher R. Hoell*
CHRISTOPHER R. HOELL
Nine Executive Drive
Fairview Heights, IL  62208
Phone:  (618) 628-3700
Fax: (618) 628-3730
E-mail:   Christopher.Hoell@usdoj.gov


*s/ Jessica Koester (with consent)*
JESSICA KOESTER
100 North Main Street
2nd Floor, Suite 1
Edwardsville, IL 62025
ATTORNEY FOR DEFENDANT
JOSHUA L. BRECKEL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-CR-30124-SMY |
| | ) | |
| JOSHUA P. BRECKEL, | ) | |
| | ) | |
| Defendant. | ) | |

### Certificate of Service

I hereby certify that on March 25, 2019, I caused to be electronically filed Joint Motion to Continue Change of Plea Hearing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Jessica Koester

    Respectfully submitted,

    STEVEN D. WEINHOEFT
    United States Attorney

    *s/Christopher R. Hoell*
    CHRISTOPHER R. HOELL
    Nine Executive Drive
    Fairview Heights, IL  62208
    Phone:  (618) 628-3700
    Fax: (618) 628-3730
    E-mail:   Christopher.Hoell@usdoj.gov