IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 18-cr-30124-SMY |
| | ) |
| JOSHUA P. BRECKEL, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS INDICTMENT

The United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Christopher R. Hoell, Assistant United States Attorney, and, in the exercise of its discretion, hereby moves this Honorable Court to dismiss the Indictment against Joshua P. Breckel with prejudice.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney


*s/Christopher R. Hoell*
CHRISTOPHER R. HOELL
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3730
E-mail:  Christopher.Hoell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 18-cr-30124-SMY |
| | ) |
| JOSHUA P. BRECKEL, | ) |
| | ) |
| Defendant. | ) |

## Certificate of Service

I hereby certify that on April 9, 2019, I caused to be electronically filed Motion to Dismiss Indictment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Jessica Koester:  jessica@koester-law.com

        Respectfully submitted,

        STEVEN D. WEINHOEFT
        United States Attorney


        *s/Christopher R. Hoell*
        CHRISTOPHER R. HOELL
        Assistant United States Attorney
        Nine Executive Drive
        Fairview Heights, IL  62208
        (618) 628-3700
        Fax:  (618) 628-3730
        E-mail:  Christopher.Hoell@usdoj.gov